UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Michael Sutherland, and
Comfy Materials LLC,

    Plaintiffs,

                                        Case No.: 8:24-cv-00854-WFJ-NHA

v.

Wellshow Machining Parts, Inc.

    Defendant.
_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs, Michael Sutherland and Comfy Materials LLC ("Plaintiffs"), by and through the undersigned counsel, hereby file this response to the Court's Endorsed Order to show cause, and state the following:

1. Plaintiff Michael Sutherland initiated this action, *pro se*, on April 5, 2024. At that time, no summons was issued as to the Defendants.

2. Soon thereafter, the Defendants appeared in the action and filed a motion for Temporary Restraining Order. Doc. # 4.

3. On May 21, 2024, the Court ordered Plaintiff Sutherland to respond to the Defendants' Motion and set forth requested information. Doc. # 5.

4. Plaintiff Sutherland thereafter retained counsel and responded to the Court's Order. *See* Doc. ## 7, 8.

1

5. Defendants responded to Plaintiff Sutherland's response on June 7, 2024. Doc. # 9.

6. Adopting the Magistrate's Report and Recommendation, this Court dismissed the Complaint without prejudice.

7. Plaintiffs Michael Sutherland and Comfy Materials LLC thereafter filed an Amended Complaint on July 11, 2024. On July 12, 2024, Defendant reached out directly to Plaintiff's counsel, providing an email response to the Plaintiffs' Amended Complaint and a proposal for settlement.

8. On July 18, 2024, the Court ordered Plaintiffs to pay the filing fee, which Plaintiffs duly paid on July 23, 2024.

9. Due to the Court not receiving proof that the filing fee was paid, the Court dismissed the action and briefly closed the case, before reopening the case on August 5, 2024 after receiving proof of payment.

10. On August 12, 2024, the Court ordered Plaintiffs to show cause by September 3, 2024, in writing why the case should not be dismissed for failure to effect service of process on Defendant, Wellshow Machining Parts, Inc.

11. Plaintiffs therefore filed a proposed summons on August 13, 2024, and the summons was issued on August 14, 2024.

12. Defendant is located in Taiwan, a country not party to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

13. Plaintiffs have diligently inquired with various resources, including the American Institute in Taiwan, and attempted to serve the Defendant in accordance with Rule 4(h)(2), which allows service on a corporation not within a judicial district of the United States as prescribed by the foreign country's law for service. According to the United States Department of State, Taiwanese law permits service effected by international registered mail with return receipt requested.

14. Plaintiffs therefore attempted service of the summons and complaint in the above-described manner. *See* Exhibit A.

15. According to tracking information, the Defendant refused delivery of the summons and complaint. *See* Exhibit B.

16. In the event the Court deems Plaintiffs' efforts to be insufficient as proof of service, Plaintiffs request that the Court extend the time for service of the Amended Complaint so that Plaintiffs may pursue alternative manners of service on the Defendant as it refused delivery of the summons and complaint.

17. Plaintiffs also request that the Court direct the clerk to address and send to Defendant the summons and Amended Complaint in order to effectuate service in accordance with Rule 4(f)(2)(C)(ii) as a permitted method of service on a foreign corporation in accordance Rule 4(h)(2), or order that Plaintiffs effectuate service in another manner not prohibited by international agreement as provided for in Rule 4(f)(3).

Dated: <u>September 3, 2024.</u>

Respectfully submitted,

<u>/s/ Joseph F. Southron</u>
Joseph F. Southron, Esq.
Florida Bar Number: 122109
**FOUR RIVERS LAW FIRM**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Telephone: (813) 773-5105
Fax: (813) 773-5103
E-Mail: joe@fourriverslaw.com
Secondary E-Mail:
eservice@fourriverslaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on September 3, 2024, with the Court via CM/ECF system, which will send notification of such filing to all parties and counsel of record.

<u>/s/ Joseph F. Southron</u>
Joseph F. Southron
Florida Bar No. 122109

4